**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01657-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MILLIE JEANNE BRINSON,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff, Millie Jeanne Brinson, currently resides in Fort Collins, Colorado.  Ms.

Brinson has submitted a Complaint that challenges the denial of her request for Social

Security Disability benefits.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this Order.  Ms.

Brinson will be directed to cure the following if she wishes to pursue her claims.  Any

papers that Ms. Brinson files in response to this Order must include the civil action

number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)     X     is not submitted
(2)     __     is not on proper form (must use the court's current form)
(3)     __     is missing original signature by Plaintiff
(4)     __     is missing affidavit
(5)     __     affidavit is incomplete
(6)     __     affidavit is not notarized or is not properly notarized
(7)     __     names in caption do not match names in caption of complaint, petition or
                 application
(8)     X     other: <u>Specify in the first paragraph whether you do or do not request
                 service of process by United States Marshals Service.</u>

**Complaint or Petition**:

(9)    \_\_      is not submitted

(10)   \_\_      is not on proper form (must use the court's current form)

(11)   \_\_      is missing an original signature by the Plaintiff

(12)   \_\_      is incomplete

(13)   \_\_      uses et al. instead of listing all parties in caption

(14)   \_\_      names in caption do not match names in text

(15)   \_\_      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(16)   \_\_      other: _____

Accordingly, it is

ORDERED that Ms. Brinson cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Ms. Brinson files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Ms. Brinson shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if she fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 26, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge