**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-1657-AP

**MILLIE JEANNE BRINSON,**

       Plaintiff,

  v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

_____
**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| Pro se Plaintiff: | For Defendant: |
|---|---|
| Millie J. Brinson | JOHN F. WALSH |
| 401 Butch Cassidy Drive, Apt. A | United States Attorney |
| Fort Collins, CO 80524 | |
| (970) 691-0946 | J. BENEDICT GARCÍA |
| milliebrinson@yahoo.com | Assistant United States Attorney |
| | United States Attorney's Office |
| | District of Colorado |
| | J.B.Garcia@usdoj.gov |
| | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-1571 |
| | david.blower@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** June 25, 2012

    B. **Date Complaint Was Served on U.S. Attorney's Office:** June 27, 2012

    C. **Date Answer and Administrative Record Were Filed:** August 27, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff anticipates submitting up-to-date medical records as supporting evidence to the claim.  Defendant does not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Parties agree to the following proposed briefing schedule:

    A. **Plaintiff's Opening Brief Due:** October 29, 2012

    B. **Defendant's Response Brief Due:** November 28, 2012

    C. **Plaintiff's Reply Brief (If Any) Due:** December 13, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Plaintiff requests oral argument.

    **B. Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.
*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 14th day of September, 2012.

                                                   BY THE COURT:

                                                 *s/John L. Kane*
                                                 U.S. DISTRICT COURT JUDGE

4

APPROVED:

|  |  |
|---|---|
| /s/ Millie J. Brinson_____ | JOHN F. WALSH |
| Millie J. Brinson | United States Attorney |
| 401 Butch Cassidy Drive, Apt. A | J. BENEDICT GARCÍA |
| Fort Collins, CO 80524 | Assistant United States Attorney |
| (970) 691-0946 | United States Attorney's Office |
| milliebrinson@yahoo.com | District of Colorado |
| Pro se Plaintiff | J.B.Garcia@usdoj.gov |

By:

  /s/ David Blower_____
DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-1571
david.blower@ssa.gov