IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-1657-AP**

**MILLIE JEANNE BRINSON,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

      Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #15), filed November 28, 2012, is **GRANTED**.

      This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

      Dated:  November 30, 2012.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT