IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01657-AP

MILLIE JEAN BRINSON,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

---

# FINAL JUDGMENT

---

     Pursuant to and in accordance with the ORDER entered by the Honorable Judge John L. Kane, on November 30, 2012, it is hereby

     ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

     Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

     Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of the court's order.

     DATED at Denver, Colorado this 30th day of November, 2012.

                       FOR THE COURT,
                       JEFFREY P. COLWELL, Clerk

                       By: s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk